AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLARENCE JONES, JR.,

    Plaintiff,

vs.

Dr. LUIS BURGOS; FREDDY
HEIGHT; CLAUDE ROBERSON,
and GEORGE WARE,

    Defendants.

CIVIL ACTION NO. CV205-005

## ORDER

The Court has considered "Defendants' Motion To Strike Plaintiff's 'Affidavit for Cause of Action'," (Doc. 22) and determined that the Plaintiff's stand-alone "Affidavit for Cause of Action" is not a recognized pleading under Rule 7 of the Federal Rules of Civil Procedure. Accordingly, "Defendants' Motion To Strike Plaintiff's 'Affidavit for Cause of Action'" is **GRANTED**. Documents numbered 20 and 21 are stricken from the record of this case pursuant to FED. R. CIV. P. 12(f).

**SO ORDERED**, this 8th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE