IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLARENCE JONES, JR.,

    Plaintiff,

vs.

Dr. LUIS BURGOS; FREDDY HEIGHT; CLAUDE ROBERSON, and GEORGE WARE,

    Defendants.

CIVIL ACTION NO. CV205-005

## ORDER

Plaintiff's Motion for Bond (Doc. 27) is hereby **DENIED**.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)